UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before　　　　　DATE: April 13, 2016
# DONALD C. NUGENT
United States District Judge　　　　　CASE NO. 104:CR 276

　　　　　　　　　　　　　　　　　　　COURT REPORTER: Sue Trischan

　　　　　　　　　　　　　　　　　　　Re-Sentencing

UNITED STATES OF AMERICA

　　　-VS-

JOHN PEROTTI

APPEARANCES:　　Plaintiff: Justin Gould, Esq.

　　　　　　　　Defendant: Jeffrey Lazarus, Esq.

　　　　　　　　Probation: Allen Gold

PROCEEDINGS: The defendant is re-sentenced pursuant to Johnson.  The defendant's sentence is vacated and is sentenced to time served.  A term of two years of supervised release shall follow.  The defendant shall be released from federal custody.

　　　　　　　　　　　　　　　　　　　Jeane M. Wells Ruprecht
　　　　　　　　　　　　　　　　　　　Courtroom Deputy

Length of Proceedings:____30 minutes_____